UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN COLEMAN (#409100)

VERSUS

CAPT. RICHARD HUNT, ET AL

CIVIL ACTION

NO. 10-861-BAJ-DLD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby on July 20, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claims are hereby dismissed, with prejudice, pursuant to U.S.C. § 1915(e), and this action shall be dismissed.

Baton Rouge, Louisiana, August 31, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA